# Exhibit A

## CONSENT TO JOIN LAWSUIT

I consent to be a plaintiff in a lawsuit under the Fair Labor Standards Act to recover unpaid wages and other damages for my work at Meixsell Thompson, LLC, dba Barrels & Amps, Dina Meixsell.

_____  
Cynthia Ramos (Sep 26, 2025 12:16:05 CDT)  
Signature

09/26/25  
_____  
Date

Cynthia Ramos  
_____  
Printed Name