**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | **Civil Action No. 1:25-cv-1594** |
| **MEIXSELLTHOMPSON LLC d/b/a BARRELS & AMPS, and DINA MEIXSELL.** | § § § § | |
| **Defendant.** | § | **FLSA Collective & Rule 23 Class Action** |

**NOTICE OF CONSENT TO JOIN LAWSUIT AS OPT-IN PLAINTIFFS**

Plaintiff hereby gives notice that Joseph Razer, and Robert Braunschweiger hereby join

the above-styled action as opt-in plaintiffs pursuant to the Fair Labor Standards Act, as manifested

in their executed consent forms attached hereto as Exhibit A and incorporated herein by reference.

Respectfully submitted,

By: */s/ Aaron Johnson*
Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
FAIR LABOR LAW
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505
(512) 277-3254 (fax)

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>October 02, 2025</u>, I electronically submitted the foregoing document for filing using the Court's CM/ECF system, which will serve a true and correct copy of the foregoing document upon all counsel of record.

<u>*/s/ Aaron Johnson*</u>
Aaron Johnson
