United States District Court

Western District of Texas

Austin

Deficiency Notice

| | |
|---|---|
| To: | Johnson, Aaron M. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, October 02, 2025 |
| Re: | 01:25-CV-01594-RP / Doc # 2 / Filed On: 10/02/2025 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

The requested summons cannot be issued because you listed multiple defendants on the same summons.  Each defendant is issued a separate summons.  Please resubmit your request with one summons per defendant.  You may include multiple summonses within a single PDF document/request.