**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated,** | § § § | |
| **Plaintiff,** | § | |
| **v.** | § § | |
| | § | **Civil Action No. 1:25-cv-1594** |
| **MEIXSELLTHOMPSON LLC d/b/a BARRELS & AMPS, and DINA MEIXSELL.** | § § § | |
| | § | **FLSA Collective & Rule 23 Class Action** |
| **Defendant.** | | |

**NOTICE OF CONSENT TO JOIN LAWSUIT AS OPT-IN PLAINTIFF**

Plaintiff hereby gives notice that Megan Hebert hereby joins the above-styled action as an opt-in plaintiff pursuant to the Fair Labor Standards Act, as manifested in her executed consent form attached hereto as Exhibit A and incorporated herein by reference.

Respectfully submitted,

By: _/s/ Aaron Johnson_____
Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
FAIR LABOR LAW
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
(512) 277-3505
(512) 277-3254 (fax)

**ATTORNEY FOR PLAINTIFF**