**Exhibit A**

# CONSENT TO JOIN LAWSUIT
# AND APPOINTMENT OF REPRESENTATIVE PLAINTIFF(S)

**I consent to join** the collective action lawsuit filed by **Cynthia Ramos** ("Representative Plaintiff") against **Meixsell Thompson LLC, dba Barrels and Amps, Dina Meixsell**, and any related companies or individuals that may later be added as defendants ("Defendants").

**I understand and agree** to the following:

- The lawsuit seeks unpaid wages, liquidated damages, attorney's fees, and costs from the Defendants under the Fair Labor Standards Act.

- The Representative Plaintiff is my agent with authority to make all decisions concerning the lawsuit, including settlement agreements, which will be **binding on me**.

- The Plaintiffs' lawyers may add or replace individuals to serve as Representative Plaintiffs.

- If my claims against Defendants need to be filed separately, this consent may also be used in a separate case.

- **I will be bound by** the judgment of the court, whether we win or lose.

_Megan Hebert (Oct 8, 2025 11:13:54 CDT)_  10/08/25

Signature                                                                 Date

Megan Hebert

Printed Name