IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CYNTHIA RAMOS, Individually and on behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br><br>MEIXSELL THOMPSON LLC d/b/a BARRELS AND AMPS and DINA MEIXSELL,<br>Defendants. | §§§§§§§§§§ | A-25-CV-1594-RP |

## ORDER

Defendants answered this action on October 28, 2025. Dkt. 8. Contrary to this court's local rules, the parties have not submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **February 6, 2026**.

SIGNED on January 23, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE