IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CYNTHIA RAMOS, Individually and on behalf of All Others Similarly Situated, Plaintiff, v. MEIXSELL THOMPSON LLC d/b/a BARRELS AND AMPS and DINA MEIXSELL, Defendants. | § § § § § § § § § § | A-25-CV-1594-RP |

## ORDER

The parties submitted a joint Rule 26(f) Discovery Report/Case Management Plan on February 6, 2026. Dkt. 11. However, they have failed to comply with the court's January 23 Order, which ordered the parties to submit a joint proposed scheduling order using Judge Robert Pitman's form. Dkt. 10.

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **February 16, 2026**.

SIGNED on February 9, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE