IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> MEIXSELL THOMPSON LLC dba BARRELS AND AMPS, and DINA MEIXSELL, <br><br> Defendants. | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 1:25-CV-01594-RP |

## AGREED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

Since Plaintiffs filed this case as an FLSA collective action, the Court "should identify, at the outset of the case, what facts and legal considerations will be material to determining whether a group of 'employees' is 'similarly situated.' " *Swales v. KLLM Transport Services, L.L.C.*, 985 F.3d 430, 441 (5th Cir. 2021). "And then it should authorize preliminary discovery accordingly." *Id.*

The parties have not agreed on the proper scope preliminary discovery to determine whether a group of employees is similarly situated. (Joint 26(f) Report, Dkt. 13.)

IT IS THEREFORE **ORDERED** that Plaintiffs file a motion for collective action notice by February 24, 2026, addressing what facts and legal considerations will be material to determining whether notice should issue and the appropriate scope of preliminary discovery. After Defendants have the opportunity to respond with the time set by the Local Rules, the Court will make its determination.

The parties propose that the Court **not** enter a scheduling order covering the deadlines in its form scheduling order at this time, almost all of which would occur after preliminary discovery and any notice and opt-in period. (Joint 26(f) Report, Dkt. 13.) The parties argue that they don't know at this moment when preliminary discovery will be completed, when the court will rule on the motion for notice, or how long the court will allow for the notice and opt-in period, if any. (*Id.*) The parties argue that, since the deadlines in the form scheduling order are based on when the merits discovery period begins, they don't know yet when that will be in this collective-action context, any guesses about practicable deadlines for the merits stage wouldn't be well founded. (*Id.*)

[The Court agrees.

IT IS THEREFORE **ORDERED** that the parties shall submit a joint proposed scheduling order using the Court's form scheduling order within **14 days** after the Court has ruled on Plaintiffs' motion for notice and after any subsequent notice period has concluded.]

**OR**

[The Court does not agree.

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **October 6, 2026**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **September 1, 2026**, and each opposing party shall respond, in writing, on or before **September 4, 2026**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **March 3, 2026**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **March 9, 2027**.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **April 6, 2027**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **April 20, 2027**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before **June 9, 2027**.

8. All dispositive motions shall be filed on or before **August 3, 2027** and shall be limited to 20 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for

each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. **The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

10. This case is set for _____ trial commencing at 9:00 a.m. on _____, 20_____.

Jury selection may be conducted by a Magistrate Judge and may occur the Friday before the case is set for trial. Because criminal and civil cases are often set for the same trial week, the Court may need to reschedule your trial shortly before the trial date. If the parties resolve their dispute after 5:00 p.m. the day before jury selection or resolve their dispute earlier but fail to timely notify the Court, the parties may be assessed up to $5,000 for the lost opportunity to schedule other matters and to cover court costs like summoning the jury panel and paying the fees of the jury panel.

The parties may modify the deadlines in this order by agreement, with the exception of the dispositive motions deadline, hearing dates, and trial date. Those dates are firm. The Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.]

SIGNED this _____ day of _____, 2026.

                                                                             _____
                                                                             ROBERT PITMAN
                                                                             UNITED STATES DISTRICT JUDGE

**AGREED:**

By: _/s/ Aaron Johnson_
**Aaron Johnson**
State Bar No. 24056961
ajohnson@fairlaborlaw.com
**FAIR LABOR LAW**
314 E. Highland Mall Blvd., Suite 401
Austin, Texas 78752
Telephone: (512) 277-3505
Direct: (512) 664-0845
Fax: (512) 277-3254

**ATTORNEY FOR PLAINTIFFS**

By: _/s/ Robert (Bobby) Lee_
**Robert (Bobby) Lee**
State Bar No. 00787888
lee@clousebrown.com
**CLOUSE BROWN PLLC**
4245 North Central Expressway, Suite 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Direct: (214) 220-0609
Fax: (214) 481-8881

**ATTORNEYS FOR DEFENDANTS**