IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated,** | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-01594-RP |
| **MEIXSELL THOMPSON LLC dba BARRELS AND AMPS, and DINA MEIXSELL,** | § § § § § | |
| *Defendants* | § | FLSA Collective Action |

## ORDER

Before the Court are Plaintiffs' Motion for Preliminary Discovery Regarding Similarly Situated Employees, Dkt. __, Defendants' Response, Dkt. __, and Plaintiffs' Reply. Dkt. __.

The Court finds that the following facts and legal considerations will be material to determining whether other bartenders and servers are similarly situated to Plaintiff Cynthia Ramos and the other plaintiffs who have already opted into the lawsuit:

- Identification of all bartenders and servers employed during the three-year limitations period, including their contact information, job positions and duties, pay rates, and dates of employment;

- Any notice regarding the tip credit that Defendants provided to Plaintiffs or any bartenders or servers; and

- Defendants' policies and practices regarding tips, the tip credit, customer walkouts, and cash shortages, tip-pooling, and inclusion of any managers in tip pools, including

any variations in how those policies and practices applied to different bartenders and servers.

Plaintiffs' Motion is therefore **GRANTED**. It is **ORDERED** that the parties are authorized to conduct preliminary discovery on the topics listed above for a period of sixty days from the date of the Court's order.

SIGNED this _____ day of _____, 2026.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE