IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff* | § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-01594-RP |
| MEIXSELL THOMPSON LLC dba BARRELS AND AMPS, and DINA MEIXSELL, | § § § § | |
| *Defendants* | § § | FLSA Collective Action |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff Cynthia Ramos declines to having a United States Magistrate Judge preside over the trial in this case and declines consent to trial before a United States Magistrate Judge.

Respectfully submitted,

**FAIR LABOR LAW**

By: */s/ Aaron Johnson*
Aaron Johnson
State Bar No. 24056961
ajohnson@fairlaborlaw.com
314 E. Highland Mall Blvd, Ste. 401
Austin, Texas 78752
Ph: (512) 277-3505
Fax: (512) 277-3254

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2026, I electronically submitted the foregoing document for filing using the Court's CM/ECF system, which will serve a true and correct copy of the foregoing document upon all counsel of record.

*/s/ Aaron Johnson*
Aaron Johnson