**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| CYNTHIA RAMOS, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| *Plaintiff* | § § § | |
| v. | § § | CIVIL ACTION NO. 1:25-CV-01594-RP |
| MEIXSELL THOMPSON LLC dba BARRELS AND AMPS, and DINA MEIXSELL, | § § § § § | |
| *Defendants* | § § | FLSA Collective Action |

**JOINT MOTION FOR ENTRY OF STANDARD
CONFIDENTIALITY AND PROTECTIVE ORDER**

Plaintiff Cynthia Ramos, on behalf of herself and all others similarly situated, including the three other individuals who have already filed consent forms to join this action as additional Plaintiffs ("Plaintiffs"), and Defendants Meixsell Thompson LLC dba Barrels and Amps and Dina Meixsell ("Defendants"), by and through their respective undersigned counsel, jointly request the Court to enter the attached Confidentiality and Protective Order and, in support thereof, respectfully show the Court as follows:

1.    The Parties anticipate that discovery in this matter will involve the production of confidential, proprietary, private, and/or commercially sensitive information.

2.    To facilitate the efficient exchange of information and to protect against the unnecessary disclosure of confidential information, the Parties have conferred and agreed that entry of the attached Confidentiality and Protective Order is appropriate.

**Page 1 of 3**

3.      The proposed Confidentiality and Protective Order will promote the orderly exchange of discovery materials while adequately protecting information entitled to confidential treatment.

4.      The Parties therefore jointly request that the Court enter the attached Confidentiality and Protective Order.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the attached Confidentiality and Protective Order and grant such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Robert (Bobby) Lee*
**Robert (Bobby) Lee**
State Bar No. 00787888
lee@clousebrown.com
**CLOUSE BROWN PLLC**
4245 North Central Expressway, Suite 350
Dallas, Texas 75205
Telephone: (214) 698-5100
Direct: (214) 220-0609
Fax: (214) 481-8881

**ATTORNEYS FOR DEFENDANTS**

*and*

*/s/ Aaron Johnson*
**Aaron Johnson**
State Bar No. 24056961
ajohnson@fairlaborlaw.com
**FAIR LABOR LAW**
314 E. Highland Mall Blvd., Suite 401
Austin, Texas 78752
Telephone: (512) 277-3505
Direct: (512) 664-0845
Fax: (512) 277-3254

**ATTORNEY FOR PLAINTIFFS**

**Page 2 of 3**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule CV-7(g), the undersigned certifies that counsel for all Parties have conferred on June 9, 2026, regarding the relief requested herein and agree to the filing of this Joint Motion.

/s/ Robert (Bobby) Lee
Robert "Bobby" Lee

**Page 3 of 3**